# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERT RICKERT, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | 8:07CV92 |
| vs. ) | |
| ) | ORDER |
| BEHLEN MFG. CO., ) | |
| ) | |
| Defendant. ) | |

This matter is before the court following a telephone conference with counsel for the parties on October 5, 2007.

**IT IS ORDERED:**

The **telephone** planning conference with the undersigned magistrate judge is continued to **November 19, 2007, at 10:30 a.m. Central Standard Time**. Plaintiff's counsel shall initiate the telephone conference.

DATED this 9th day of October, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge