## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ROBERT A. RICKERT, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **8:07CV92** |
| **vs.** | ) | |
| | ) | **ORDER** |
| **BEHLEN MFG. CO.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court following a telephone conference with counsel for the parties on November 19, 2007.

**IT IS ORDERED:**

The **telephone** planning conference with the undersigned magistrate judge is continued to **December 28, 2007, at 11:00 a.m. Central Standard Time**.  Plaintiff's counsel shall initiate the telephone conference.

DATED this 19th day of November, 2007.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge