# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ROBERT A. RICKERT and** | ) | 8:07-cv-00092 |
| **MARLENE S. RICKERT,** | ) | |
| **Husband and Wife,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| **BEHLEN MFG CO.** | ) | |
| **A Nebraska Corporation,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Joint Stipulation for Dismissal of the parties for an Order dismissing the above entitled action with prejudice, each party to pay their own costs and attorney's fees, complete record waived.  The Court being fully advised in the premises finds that an Order should be entered in accordance with said Joint Stipulation for Dismissal.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED, that the above entitled action presently pending before the Court be, and the same hereby is, dismissed with prejudice, each party to pay their own costs and attorney's fees, complete record waived.

DATED this 8th day of September, 2008.

BY THE COURT:


s/ Joseph F. Bataillon
Chief U.S. District Court